IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIELLE KEITH f/k/a DANIELLE BARBER, as Surviving Parent of A'NYAH DAVIS, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> VESPER FORUM AT STATESBORO LLC; VESPER STATESBORO LLC; VESPER HOLDINGS LLC; CAMPUS LIFE & STYLE; and JOHN DOE NOS. 1-10, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:22-CV-04391-SCJ |

## STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS <u>WITHOUT PREJUDICE</u>

COME NOW the parties and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, file this stipulation of dismissal of Vesper Statesboro LLC ("Vesper Statesboro") and Vesper Holdings LLC ("Vesper Holdings") as party-defendants. *See Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004); *Plains Growers, Inc. ex rel. Florist's Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 253 (5th Cir. 1973); *Jackson v. Equifax Info. Servs., LLC*, No. CV 119-096, 2020 WL 476698, at *1-2 (S.D. Ga. Jan. 29, 2020).

This stipulation shall not affect plaintiff's claims against the remaining defendants.

Respectfully submitted this 2nd day of December, 2022.

DOZIER LAW FIRM, LLC

*/s/Ashley Cameron*
Ashley Cameron
Georgia Bar No. 914842
Attorney for Plaintiff

487 Cherry Street
P.O. Box 13
Macon, GA 31202
(478) 742-8441
ashley@dozierlaw.com

STONE KALFUS LLP

*/s/ Dustin S. Sharpes*
Matthew P. Stone
Georgia Bar No. 684513
Shawn N. Kalfus
Georgia Bar No. 406227
Dustin S. Sharpes
Georgia Bar No. 522995
Attorneys for Defendants

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)
matt.stone@stonekalfus.com
shawn.kalfus@stonekalfus.com
dustin.sharpes@stonekalfus.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I filed the foregoing *Stipulation of Dismissal of Certain Defendants without Prejudice* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

> Ashley Cameron, Esq.
> Dozier Law Firm, LLC
> P.O. Box 13
> Macon, GA 31202

>> */s/ Dustin S. Sharpes*
>> Dustin S. Sharpes
>> Georgia Bar No. 522995

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)