IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIELLE KEITH f/k/a DANIELLE BARBER, as Surviving Parent of A'NYAH DAVIS, Deceased,<br><br>     Plaintiff,<br><br>  v.<br><br>VESPER FORUM AT STATESBORO LLC; CAMPUS LIFE & STYLE; and JOHN DOE NOS. 1-10,<br><br>     Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-4391-SCJ |

## O R D E R

Counsel having filed Notice [Doc. 28] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 22nd day of September, 2023.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE