IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIELLE KEITH f/k/a DANIELLE BARBER, as Surviving Parent of A'NAYH DAVIS, Deceased, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: 1:22-CV-04391-SCJ |
| VESPER FORUM AT STATESBORO LLC, CAMPUS LIFE & STYLE, and JOHN DOE NOS. 1-10, | |
| Defendants. | |

## DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, DANIELLE KEITH f/k/a DANIELLE BARBER, as Surviving Parent of A'NAYH DAVIS, Deceased in the above-styled civil action, by and through counsel, and hereby authorize and direct the Clerk of the Court to mark the above-styled action against the Defendants as Dismissed With Prejudice upon the docket and records of this Court.

This 19th day of July, 2024.

THE DOZIER LAW FIRM, LLC
P. O. Box 13
487 Cherry Street Suite 100
Macon GA 31202-3312
Phone: 478-742-8441
ashley@dozierlaw.com

*/s/Ashley Cameron*
Ashley Cameron
Georgia Bar No. 914842
Attorney for Plaintiff

I further certify that I have this day electronically filed this **RULE 5.4 CERTIFICATE REGARDING DISCOVERY** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Pursuant to Local Rule 5.1, NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 19th day of July, 2024.

|  |  |
|---|---|
| THE DOZIER LAW FIRM, LLC<br>P. O. Box 13<br>487 Cherry Street Suite 100<br>Macon GA 31202-3312<br>Phone: 478-742-8441<br>ashley@dozierlaw.com | */s/Ashley Cameron*<br>Ashley Cameron<br>Georgia Bar No. 914842<br>Attorney for Plaintiff |